103 A.3d 1291

**Tyrik VERNON, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS DEPARTMENT OF RECORDS et al., Respondents.**

**No. 151 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**